No. 296. HOCHMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Irving D. Gaines* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 298. PORTER v. HERTER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Joseph L. Rauh, Jr., Daniel H. Pollitt* and *John Silard* for petitioner. *Solicitor General Rankin* for respondent.

No. 13, Misc. KIRSCH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William L. Guild,* Attorney General of Illinois, for respondent.

No. 17, Misc. BROOKS v. SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 23, Misc. BURNS v. TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for respondent.

No. 26, Misc. O'CONNOR v. BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied. Petitioner *pro se. John W. Reynolds,* Attorney General of Wisconsin, *William A. Platz* and *Harold H. Persons,* Assistant Attorneys General, for respondent.